**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FORD MOTOR COMPANY,

    Plaintiff,

v.                                      Case No. 04-CV-72525-DT

KASEY KAHNE,

    Defendant.

                                   /

**ORDER REGARDING DISCOVERY MOTIONS**

On May 26, 2005, the court held an in-person hearing on several outstanding discovery motions in the above-captioned matter. For the reasons fully described by the court on the record,

IT IS ORDERED that Plaintiff's April 28, 2005 "Motion to Compel" [Dkt. # 30] is GRANTED. Defendant's May 2, 2005 "Second Motion to Compel" [Dkt. # 32] is DENIED. Plaintiff's May 6, 2005 "Motion to Compel Production of Defendant's Tax and Financial Records . . ." [Dkt. # 33] is GRANTED for the years 2004 and 2005. Plaintiff's May 12, 2005 "Motion for Protective Order" [Dkt. # 39] is GRANTED IN PART as described on the record. Defendant's May 12, 2005 "Motion for Protective Order . . ." [Dkt. # 37] is construed as a motion by Plaintiff to extend the court's discovery cut-off deadline and, as such, is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion to reschedule the court's final pre-trial/settlement conference [Dkt. # 40] is GRANTED. The final pretrial/settlement conference is rescheduled for **August 29, 2005 at 2:00 p.m.** A jury trial, if required, will commence on **September 19, 2005 at 9:00 a.m.** All final pre-trial materials described

in the court's original Rule 16 scheduling order will be due **no later than September 12, 2005.**

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: May 26, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 26, 2005, by electronic and/or ordinary mail.

        S/Lisa G. Teets
        Case Manager and Deputy Clerk
        (313) 234-5522